MR
RECEIVED
3/13/2025
AXK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

RICHARD VINET, #7164 / FBI #338380XA7, INDIVIDUAL INDIAN #13579

PLAINTIFF / PETITIONER

V.

STATE OF ILLINOIS, et, al.

DEFENDANT(S) / RESPONDANTS

SS

1:25-cv-02687
Judge Jorge L. Alonso
Magistrate Judge Jeannice W. Appenteng
RANDOM / Cat. 2

NO. _____

MANDATORY JUDICIAL NOTICE
SUPREMACY CLAUSE
U.S. Const. Art. 6, Sec. 2
$23,000,000.00 USD
AMOUNT CLAIMED

## COMPLAINT / NOTICE OF PETITION FOR WRIT OF REMOVAL

RICHARD VINET #20240201083, 2700 S. CALIFORNIA, CHICAGO, IL. 60608 (AN INDIVIDUAL INDIAN IN CUSTODY, held illegaly & unlawfully. under inhumane conditions at Cook County Jail, in Violation of THE FEDERAL CONSTITUTION, and treaties pursuant thereof).

NOW comes, petitioner, Richard Vinet, in support of this petition for removal of Circuit Court Case Number #24CR0215501, by and under 28 USC§1455, Through the various Jurisdiction of THE UNITED STATES DISTRICT COURT, on the FEDERAL QUESTION, and claims of Federal Constitutional violation, herein, alleges, States, and, 28 usc 1331, declares, and provides the following Documented Facts:

1. Petitioner, is 49 years old, currently held under extreme inhumane Conditions, and being racially, and nationaly discriminated against for being American Indian, and trieing to enforce & protect his Federal Constitutional and Civil rights to no Avail, and being retaliated against for doing so, causing a deprivation of Civil rights, Putting him in imminent danger, and substantiall, physical injury, violations of speedy trial rights, Due process (procedural & substantive), equal protection, deprivation of liberty, but not limited to such claims of violations.

(original)      ( 1 of 4 )

2. Petitioner, is being held under a unsworn, unverified perjured felony complaint, that is Fraud, made by way of misrepresentation, and under an indictment that did not comply with its own strict statutory requirements, in violation of Illinois law and Federal law. See: 28 USC§1746(1),(2), made by a incompetant witness by law.

3. Petitioner, has made part & parcel the Felony complaint, and Grand Jury indictment, As proof of his claim, please see: Exhibits #3, #(Case summary)#4.

4. This Court has Jurisdiction over this claim/Petition under 28 USC§1455, younger doctrine, Supremacy clause, and any other Code, law, or Court ruleing(s) pursuant thereof, but not limited to such, 28 USC§ 1331, Jurisdiction arises under the U.S. Constitution.

5. It is a Fact that the state of Illinois, via its agents, have considered petitioner a stateless person, see: Exhibits #1 &2. Thereby under operation of law pursuant to UNITED NAtions Convention on the rights of stateless persons, petitioner is protected As A refugee/stateless person. As petitioner is A member of the UNITED HOUMA NAtion, tribal roll #13579, And has been misrepresented As Latino/hispanic by the state of Illinois via its agents, which is considered Fraud, by definition, which have caused a injury.

6. It is a Fact petitioner has proven this fact of discrimination, Fraud, void commencement of prosecution, denial of rights under color of (state) law, and has been discriminated against, and retaliated against, which have caused an injury.

RECORD OF STATE PROCEEDINGS

7. Petitioner, is now proceeding on the basis of presumption that Cook County Circuit Court record of case No# 24CR0215501 will be made Available upon Notice and demand for mandatory Judicial Notice, pursuant to Rules 201 & 901 of the Federal Rules of evidence, (original)

(2 of 4)

and the Full Faith and credit clause contained under Article Four of the United States Constitution, and 28 USC § 1449, and any U. S. CT. Rule pursuant to, As petitioner has demanded the Court Record to no Avail.

## TIMELINESS OF AND GROUNDS FOR REMOVAL

8. 28 USC § 1455 (b) provides for removal of criminal prosecutions... at any time before trial. timeliness of removal is sufficient before trial.

9. "The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of the government is to afford that protection,"... "In all other cases,"... "it is a general and indisputable rule, that where there is a legal right, there is also a legal remedy by suit or action at law, whenever that right is invaded." ,5 U.S. 137,

10. Petitioner, has been deprived of his liberty through a deceptive and deliberate act, As the failure of the prosecutor to correct perjured testimony violates the substantive & procedural due process guaranteed by the Federal and state Constitutions, U.S. Const. 14th, As, "The principle that a State may not use false evidence (Testimony) to obtain detention, As "the Fourth Amendment is violated when the people are unreasonably seized of their person, when legal process itself goes wrong." Manuel V. City of Joliet, (2017); Williams V. City of Chicago (2023); Rainsberger v. Benner (2019), "Which deprives a person a Constitutional right to liberty..."; Biggs V. Chicago Bd. of educ. (2023) (7th Dist).

11. "The Administration of Justice suffers when any accused is treated unfairly." this governing Constitutional principle is stated in: Minnesota v. National tea Co., 60 S. CT, 676, 84 L.Ed. 920.

12. "State is required to follow procedures and requirements... governing pre-trial release," People v. Gil, prosecutors did not comply with pretrial fairness act governing disclosure," People v. Ramyyeh; "State's untimely petition lacked Authority to seek detention," People v. Clark (2023) "Thus trial Court lacked Authority to detain Accused," People v. Shannon (2024), which has caused a deprivation of procedural & substantive due process guarantee, U.S. Const. fourteenth.

13. It is a fact, that unconstitutional deprivation of liberty which results in injury is at a rate of the minimum monetary value of $25,000.00 per every half an hour (30 min.), set by Trezevant v. City of tampa (1984).

(original)     (3 of 4)

## Conclusion / Prayer for Relief

Wherefore petitioner has suffered an injury in fact, and is pleading to the federal government for protection for that legally protected interest. Whereas any failure to intervene will cause the petitioner to still suffer that injury and future irreparable harm, as petitioner has been the victim of sexual assaults, coercion, intimidation, Inhumane conditions, 52° weather in the Cell, retaliation by state employee(s) Fraud by deception, Racisim, and discrimination by agents of the state as petitioner has established a injury in fact, and has suffered an invasion of a legally protected interest. As petitioner has a vested interest in justice for all injuries to his person, property & reputation. And is asking for this honorable court to grant this writ of Removal to protect his interest at stake, as the State's interest is merely abstract as petitioner's interest is more to the bone, and to grant any other relief deemed proper by this Court. As petitioner has always held A proprietary interest, with a legitimate expectation of privacy. Court fees should be waived pursuant to 28 USC § 1915 (b), (g).

Undersigned Certifies and declares all statements made herein are true & correct and is subject to penalties of perjury provided by 28 USC § 1746.

Date: 2/27/2025

BY:/s/ Richard: Vinet ARR
#20240201083
2700 S. California
Chicago, IL. 60608

(original)      (4 of 4)

DETECTIVE SUP. APPROVAL COMPLETE

**OCAMPO, Esteban** — In Custody—
Male / White Hispanic / 31 Years
**DOB:** 29-SEP-1992
**DESCRIPTION:** 5'04, 130, Black Hair, Short - Straight Hair Style, Brown Eyes, Olive Complexion Facial Hair Full Beard
**RES:** 4928 S Justine St
Chicago IL 60609
**BIRTH PLACE:** Illinois

**OTHER IDENTIFICATIONS:** Type - Drivers License # O25120092274
State - Illinois
**IR#:** 1836843
**WEARING:** Top - Black Sweatshirt, Bottom - Black Pants
**RELATIONSHIP OF VICTIM TO OFFENDER:**
PAGAN GONZALEZ, Victor R — No Relationship
CESAR-GUZMAN, Julio — No Relationship
STATE OF ILLINOIS — No Relationship

*Exhibit #1*

*Misrepresentation*

**VINET, Richard John** — In Custody—
Male / White Hispanic / 47 Years
**DOB:** 01-SEP-1976
**DESCRIPTION:** 5'10, 200, Brown Hair, Long Hair Style, Brown Eyes, Fair Complexion Facial Hair Slight Beard
**RES:** 4418 N Clifton Ave
Chicago IL 60640
**BIRTH PLACE:** Illinois

**OTHER IDENTIFICATIONS:** Type - State Id # 53075076249v
State - Illinois
**IR#:** 1115174
**SID#:** 34367050  **FBI#:** 338380XA7
**WEARING:** Top - Black Black And Red Blackhawks Jersey Sweatshirt, Bottom - Black Pants
**RELATIONSHIP OF VICTIM TO OFFENDER:**
PAGAN GONZALEZ, Victor R — No Relationship
CESAR-GUZMAN, Julio — No Relationship
STATE OF ILLINOIS — No Relationship

**VEHICLE INFO:** Unknown, Unknown / Other (Explain In Narrative) / Carryall (Suv - Sport Utility Vehicle)
Victim's Vehicle
**COLOR(TOP/BOTTOM):** Silver Or Aluminum / Silver Or Aluminum
**POSSESSOR/USER:** VINET, RICHARD JOHN
The Vehicle was Seized

**LOCATION OF INCIDENT:** 439 N Ogden Ave
Chicago IL 60642
304 - Street
Street

**DATE & TIME OF INCIDENT:** 31-JAN-2024 01:20

**METHOD CODE(S):** Dna

| | | | | | | |
|---|---|---|---|---|---|---|
| Aggravated Assault - Handgun | | 041A | Aggravated Assault - Handgun | | | 041A |
| 4411 S OGDEN AVE | | 1411 | 3 | | 2 | |
| | | | Street | | | No |
| 31-JAN-2024 01:20 | | 1411 | 31-JAN-2024 01:35 | NO | NO | NO |
| RUSSI, Dominick | 21245 | PARKER, Benjamin | 22245 | GIBOWICZ, Antonia | 21178 |
| 31-JAN-2024 08:34 | | 31-JAN-2024 08:35 | | FIELD | |

**THIS IS A FIELD INVESTIGATION METHOD/CAU CODE REPORT**

**VICTIM(S):**

**PAGAN GONZALEZ, Victor R**  TYPE: Individual
Male / White Hispanic / 62 Years
DOB:
RES:

*Exhibit #2*

SOBRIETY: Hbd
OTHER COMMUNICATIONS:
Phone-
Cellular:

OTHER IDENTIFICATIONS:  Type- State Id #
State- Illinois

**CESAR-GUZMAN, Julio**  TYPE: Individual
Male / White Hispanic / 39 Years
DOB:
RES:

SOBRIETY: Hbd
OTHER COMMUNICATIONS:
Phone-
Cellular:

**STATE OF ILLINOIS**  TYPE: Society

**OFFENDER(S)**

Feb 13, 2024

Skokie-1    Feb 7, 2024   9:00 am   (SELECT)
(Court Branch)     (Court Date)

Felony Complaint      (12/01/20) CCCR-0063

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois

Richard Vinet     No. 24110763801

Defendant

### FELONY COMPLAINT

[REDACTED] complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that:

Richard Vinet    4418 N Clifton Ave Chicago IL 60640 County of Cook, has on or about
(Defendant)

Jan 31, 2024   at   439 N Ogden Ave Chicago IL 60642 County of Cook
(Date)      (Place of Offense)

committed the offense of   ROBBERY- ARMED WITH FIREARM   in that s/he

**KNOWINGLY TOOK PROPERTY, A COACH BAG, KEYS, AND CELL PHONES FROM THE VICTIM [REDACTED] BY USE OF, AND/OR THREATENING THE IMMINENT USE OF FORCE, WHILE BEING ARMED WITH HANDGUN,**

In violation of   720   ILCS   5.0   18-2-A-2
(Chapter)    (Act)    (Section)

AOIC Code _____     CELL # [REDACTED]
(Complainant's Address)   (Telephone No.)

**FILED FEB 01 2024**   IRIS Y. MARTINEZ CLERK OF THE CIRCUIT COURT

STATE OF ILLINOIS
COOK COUNTY

[REDACTED] (Complainant's Name Printed or Typed)

being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the same is true.

[signature] (Complainant's Signature)

Subscribed and sworn to before me   Jan   31   2024

I. MARTINEZ   [signature]   2179

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued _____    Judge _____
or
Warrant Issued _____   Bail set at _____    Judge's No. _____
or
Bail set at _____    Judge _____    Judge's No. _____

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

Exhibit #3

# CASE SUMMARY
## CASE NO. 24CR0215501

Exhibit #4

| PARTY INFORMATION | | |
|---|---|---|
| Defendant | Vinet, Richard | |
| Plaintiff | PEOPLE OF THE STATE OF ILLINOIS | Pro Se |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 03/05/2024 | Case Filed | |
| 03/05/2024 | Indictment/Information-Clerks Office-Presiding Judge | |
| 03/08/2024 | Case Assigned (Judicial Officer: Reddick, Erica L) | |
| 03/12/2024 | Assignment (9:00 AM) (Judicial Officer: Reddick, Erica L ;Location: Criminal Division, Courtroom 101) Resource: Court Address CRFADDR1 2650 South California Avenue, Chicago, IL 60608 Resource: Court Room CR1701 Criminal Division, Courtroom 101 | |
| 03/12/2024 | Assignment (9:00 AM) (Judicial Officer: Obbish, James M. ;Location: 2650 South California Avenue, Chicago, IL 60608) Resource: Court Room CR1718 Criminal Division, Courtroom 706 Resource: Court Address CRFADDR1 2650 South California Avenue, Chicago, IL 60608 Events: 03/08/2024 Case Assigned | |
| 03/12/2024 | Courtsheet | |
| 03/12/2024 | Defendant In Custody (Judicial Officer: Obbish, James M.) | |
| 03/12/2024 | Motion For Discovery Filing Party: Plaintiff PEOPLE OF THE STATE OF ILLINOIS | |
| 03/12/2024 | Discovery Answer Filed (Judicial Officer: Obbish, James M.) Filing Party: Plaintiff PEOPLE OF THE STATE OF ILLINOIS | |
| 03/12/2024 | Motion for Continuance (Judicial Officer: Obbish, James M.) 03/12/2024 By Order of Court | |
| 03/13/2024 | Notice Of Motion/Filing | |
| 03/14/2024 | Assignment (9:00 AM) (Judicial Officer: Obbish, James M. ;Location: 2650 South California Avenue, Chicago, IL 60608) Resource: Court Room CR1718 Criminal Division, Courtroom 706 Resource: Court Address CRFADDR1 2650 South California Avenue, Chicago, IL 60608 Events: 03/12/2024 Motion For Discovery | |
| 03/14/2024 | Courtsheet | |
| 03/14/2024 | Defendant In Custody (Judicial Officer: Obbish, James M.) | |
| 03/14/2024 | Motion for Continuance (Judicial Officer: Obbish, James M.) 03/14/2024 By Order of Court | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD VINET
PLAINTIFF

SS

NO.

V.

STATE OF ILLINOIS, et al.
DEFENDANT(S)

PROOF/Certificate of Service

I, Richard Vinet, certify & declare that I sent the below documents via Jail mail to 219 S. Dearborn District Court, and would like a filed copy in return. on 3/3/2025. Under penalties of perjury.

By: /s/ Richard Vinet
#20240201083
2700 S. California
Chicago, IL. 60608

Documents Sent:
1) Complaint/Notice of Petition for Writ of Removal with Exhibits #1-4.

Please Send extra filed copy Back in Return..

(1 of 1)

RICHARD VINET #20240201083
COOK COUNTY JAIL
2700 SOUTH CALIFORNIA
CHICAGO, IL. 60608
| 18 USC § 1702 § 1703 |







| 18 USC § 1719 |    | 18 USC § 1726 |
postage collected unlawfully

RECEIVED
MAR 13 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES District Courthouse
C/O PRISONER CORRESPONDENCE
CLERK OF THE U.S. DIST. COURT
219 SOUTH DEARBORN
CHICAGO, IL. 60604

'Privileged'
LEGAL MAIL
MAILED 3/5/2025
MAILBOX RULE APPLIES



03/13/2025-7